HENRY G. OPDYCKE, PLAINTIFF, v. THE CALCO CHEMI-
CAL COMPANY, DEFENDANT.

Argued June term, 1923—Decided November 8, 1923.

**Agency—Contract of—Scope of Employment.**

On rule to show cause from the Somerset Circuit.

For the plaintiff, *Edward P. Johnson.*

For the defendant, *Clarence E. Case.*

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

PER CURIAM.

The suit was for commission as agent for the sale of ani-
line oil.  The verdict was for the plaintiff, but concededly
for more than was claimed.  The defendant does not deny
that Mr. Opdycke was employed as a sales agent.  Nor does
it dispute the rate of commission, nor does it dispute the
fact that Mr. Opdycke did give to the purchaser the price of
seventy cents in pursuance of specific directions from the
defendant.  It says that Mr. Opdycke was only employed to
secure what it terms "war orders," and had no authority to
procure the sale in question.  That is the real issue in the
case and the dominant question which the jury was called
upon to decide.  This question manifestly resulted in an
issue of fact for the jury to determine and was properly left
to them.  We cannot say that the verdict was contrary to the
weight of the testimony, or that the charge of the court was
in any respect erroneous.

The rule will be discharged, except so far as the excessive
amount of the verdict is concerned, viz., $1,191.36; to that
extent it will be reduced.